# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:23-cr-00223-IM** |
| **v.** | **INFORMATION** |
| **DIEGO ARMANDO ESQUEDA HINOJOSA,** | **21 U.S.C. § 841(a)(1), (b)(1)(C))** |
| **Defendant.** | |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and (b)(1)(C))**

On or about June 1, 2023, defendant **DIEGO ARMANDO ESQUEDA HINOJOSA** knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 2
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and (b)(1)(C))**

On or about June 1, 2023, defendant **DIEGO ARMANDO ESQUEDA HINOJOSA** knowingly possessed with intent to distribute a mixture or substance containing a detectable

amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

Dated: July 6, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Paul T.Maloney
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney